IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 8:21-cr-00218 |
| v. | INFORMATION |
| PAUL A. WHITE, | |
| Defendant. | |

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
SEP 14 2021
OFFICE OF THE CLERK

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1

**Structuring - Domestic Financial Institutions**

On or about December 11, 2018, in the District of Nebraska, the defendant PAUL A. WHITE, did knowingly and for the purpose of evading the reporting requirements of section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, structure, a transaction with domestic financial institutions, to wit: a cash deposit of $5,700 in a bank account with First National Bank and a cash deposit of $7,700 in a bank account with UMB Bank, for a total cash deposit of $13,400.

This is a violation of Title 31, United States Code, Sections 5324(a)(3) and 5324(d); Title 31, Code of Federal Regulations, Sections 1010.100(t), 1010.311, and 1010.313.

Richard D. Westphal
Acting United States Attorney
Southern District of Iowa

By: *[signature]*
Michael B. Duffy
Special Assistant United States Attorney
Acting Under Authority Conferred by
28 U.S.C. § 515